UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PECOS RIVER TALC LLC,<br><br>                                        Plaintiff,<br><br>    v.<br><br>NORTHWELL HEALTH, INC.,<br><br>                                        Defendant. | Civil Action No. |

**PLAINTIFF'S NOTICE OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Matthew L. Bush, dated October 17, 2025, and the exhibits annexed thereto, Plaintiff Pecos River Talc LLC ("Pecos River") respectfully moves this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 45, to compel Northwell Health, Inc. ("Northwell") to comply with Pecos River's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") issued in *Pecos River Talc LLC v. Emory, et al.*, No. 4:24-cv-75 (E.D.Va.) (the "Underlying Litigation"). Pecos River respectfully requests the Court enter an order requiring Northwell to produce documents responsive to the Subpoena.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Matthew L. Bush, with the exhibits thereto, the record in the Underlying Action, the facts of which the Court may take judicial notice, and any other papers submitted in support of the motion.

1

Dated: October 17, 2025                    Respectfully submitted,

                                        **KIRKLAND & ELLIS LLP**

By:   */s/ Matthew L. Bush*
        Kristen Fournier
        Matthew L. Bush
        601 Lexington Avenue
        New York, NY 10022
        T: (212) 446-4800
        F: (212) 446-4800
        kristen.fournier@kirkland.com
        matthew.bush@kirkland.com