# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

October 22, 2025

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Pecos River Talc LLC v. Northwell Health, Inc.*, No. 1:25-mc-00456-AT

Dear Judge Torres:

We are attorneys for Defendant Northwell Health Inc. ("Northwell") in respect of a motion by Plaintiff Pecos River Talc LLC ("Pecos River") to compel Northwell to produce the documents requested by a September 5, 2025 subpoena *duces tecum* that Pecos River served on Northwell on September 9, 2025. *See* ECF Docs. Nos. 4-32 (subpoena) and 9 (affidavit of service). The subpoena was served in connection with an action pending in the Eastern District of Virginia. Northwell is not a party to that action. Northwell responded, with objections, to the Pecos River subpoena on September 23, 2025. *See* ECF Doc. No. 4-33. Pecos River served its motion to compel on Northwell on October 20. *See* ECF Doc. No. 9. No pre-motion letter was filed.

Earlier today, Pecos River's counsel wrote to your Honor "welcom[ing]" but not actually requesting, an "informal conference" concerning the motion to compel. *See* ECF Doc. No. 10. Pecos River's counsel takes the position that while Local Rule 37.2 does not apply here, Pecos River would like the Court to hold "an informal conference" concerning the motion. Northwell has no objection to an informal conference concerning the motion, if only to set a briefing schedule for the motion. We respectfully request that any such conference take place by remote means, either telephonic or video.

Respectfully yours,

Michael R. Gordon

cc: Counsel of record (by email)

GORDONLAW LLP
www.gordonlawllp.com

51 Bedford Road, Suite 10, Katonah, NY 10536

D 914.232.9500
M 914.671.6873
F 914.992.6634