```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PECOS RIVER TALC LLC,

                Plaintiff,

-against-

NORTHWELL HEALTH, INC.,

                Defendant.

25 Misc. 456 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court is in receipt of Petitioner Pecos River Talc LLC's motion to compel Respondent, Northwell Health Inc., to comply with a subpoena issued in a civil action currently pending in the Eastern District of Virginia. *See* ECF No. 1. Respondent has been served with Petitioner's motion and the accompanying documents supporting its motion. *See* ECF No. 9. Accordingly:

1. By **October 23, 2025**, Petitioner is directed to serve a copy of this order on Respondent and file proof of service on the docket by that **same date**.
2. By **October 24, 2025**, Respondent shall appear in this action.
3. By **October 30, 2025**, Respondent shall file an opposition.
4. By **November 6, 2025**, Petitioner shall file a reply, if any.

       The parties' request for a pre-motion conference is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

       SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge