# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

October 27, 2025

**BY ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York   10007

    Re:    *Pecos River Talc LLC v. Northwell Health, Inc.*, No. 1:25-mc-00456-AT
            **Request for one-week extension of time to respond to motion to compel**

Dear Judge Torres:

I am counsel for Defendant.  I hereby request, pursuant to Rule I.C. of your Honor's Individual Practices, a one-week extension of time to respond to Plaintiff's motion to compel.

Pursuant to your Honor's October 22, 2025 Order (ECF Doc. No. 13), Defendant must respond to the motion to compel by October 30.  I am seeking an extension because (a) I was only just retained to represent Defendant in this matter, (b) I am attending two court-ordered depositions in a Florida state court action taking place today and tomorrow, (c) I have court-ordered Lien Law responses due in another SDNY case due October 31, (d) I am preparing this week for a mediation taking place next week in a New York action, (e) my client needs time to consider and review a response to the motion to compel, which seeks a large volume of sensitive records related to oncology studies involving cancer patients included and considered for inclusion in those studies, and (f) I am the only lawyer in my very small law firm on this matter.

This is my first request for an extension.  Plaintiff does not consent.  I propose that my response be filed by November 7 and any reply be filed by November 11.  I know Plaintiff says it needs the subpoenaed records for a November 21 summary judgment reply in the underlying case, but that schedule should not deprive my client of a fair and reasonable opportunity to respond to the motion in this case, and my proposed schedule farly accommodates that other motion schedule.

                                            Respectfully yours,

                                            Michael R. Gordon

cc:    Counsel of record (by ECF and email)

GORDONLAW LLP
www.gordonlawllp.com

51 Bedford Road, Suite 10, Katonah, NY 10536

D 914.232.9500
M 914.671.6873
F 914.992.6634