# KIRKLAND & ELLIS LLP

Matthew Bush
To Call Writer Directly:
+1 646 444 9333
matthew.bush@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 28, 2025

**Via ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: *Pecos River Talc LLC v. Northwell Health, Inc.*, No. 1:25-mc-00456-AT
Response to Defendant's Request for One-Week Extension of Time

Dear Judge Torres:

I write on behalf of Plaintiff Pecos River Talc LLC ("Pecos River") in response to Defendant Northwell Health, Inc.'s ("Northwell") request for an extension. ECF No. 15. Pecos River opposes the extension for two reasons.

*First*, Pecos River is on an accelerated schedule in the underlying *Emory* case in the Eastern District of Virginia. That district is known for its fast schedules, often colloquially referred to as a "rocket docket." According to one report, the Eastern District of Virginia was the fastest or second fastest trial court in 14 of the last 15 years.[1] In the *Emory* case, summary judgment motions have already been filed, responses are due November 7, and replies are due November 21.

*Second*, Northwell has consistently acted to delay responding to the subpoena. The background of Northwell's actions in connection with both the current subpoena and a related subpoena are laid out in Pecos River's motion. Most recently, Northwell attempted to restart the clock on Pecos River's motion by arguing that the motion was "invalid" without a Local Rule 37.2 pre-motion letter. ECF No. 10-1. Northwell's own letter then requested a briefing schedule (ECF

---

[1] https://www.hunton.com/insights/publications/in-2nd-place-va-rocket-docket-remains-old-reliable

**KIRKLAND & ELLIS LLP**

Judge Analisa Torres
October 28, 2025
Page 2

No. 12), and this Court put one in place (ECF No. 13). This Court should maintain that briefing schedule with Northwell's response due by October 30.

* * *

Pecos River originally served its subpoena on September 9. Now nearly two months later, Northwell has not agreed to produce even a single document despite a Southern District of New York ruling finding the same information relevant to Pecos River's claims. *Moline v. Pecos River Talc LLC*, 2025 WL 2898086, at *4 (S.D.N.Y. Oct. 10, 2025). No further delays are warranted.

Respectfully submitted,

*/s/ Matthew Bush*

Matthew Bush

cc: All counsel of record via ECF