UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PECOS RIVER TALC LLC,

        Plaintiff,

-against-

NORTHWELL HEALTH, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025
```

25 Misc. 456 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's request for an extension of time to respond to Plaintiff's motion, ECF No. 15, and Plaintiff's opposition, ECF No. 16. Defendant's request is GRANTED IN PART and DENIED IN PART. Accordingly:

1. By **November 3, 2025**, Defendant shall file an opposition.
2. By **November 7, 2025**, Plaintiff shall file a reply, if any.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

    SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge