USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Matt Bush
To Call Writer Directly:
+1 646 444 9333
matthew.bush@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

September 22, 2026

**VIA CM/ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Pecos River Talc LLC v. Northwell Health, Inc.*, No. 1:25-mc-00456-AT

Dear Judge Torres:

We write on behalf of Plaintiff Pecos River Talc LLC ("Pecos River"). Pecos River filed this action under Federal Rule of Civil Procedure 45 to enforce a document subpoena served on Northwell Health, Inc. ("Northwell") for use in *Pecos River Talc LLC v. Emory, et al.*, No. 4:24-cv-75 (E.D. Va.) (the "Emory Litigation"). The motion to compel is fully briefed (Dkt. Nos. 3, 21, 22), and the Court has not yet ruled on it.

On August 19, 2026, the Eastern District of Virginia granted a summary-judgment motion filed by defendants in the Emory Litigation on Pecos River's trade libel claim. Pecos River has filed its notice of appeal and will appeal that decision to the United States Court of Appeals for the Fourth Circuit.

In the interest of conserving the Court's and the parties' resources, Pecos River respectfully asks that the Court hold its ruling on the pending motion (Dkt. No. 3) in abeyance until the Fourth Circuit resolves the appeal.

We will keep the Court apprised of any relevant developments. Should the Court have any questions, or if additional information would be helpful, please let us know. Thank you.

Respectfully submitted,

Matthew Bush

GRANTED. The Court shall hold Plaintiff's motion to compel in abeyance pending the resolution of Plaintiff's appeal in the Emory Litigation. The parties' shall provide the Court an update within **seven days** of the United States Court of Appeals for the Fourth Circuit's ruling on the matter.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge